IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAQUEL BARRIOS, | : CIVIL ACTION |
| Petitioner, | : |
| v. | : NO. 12-273 |
| RHODA WINSTEAD, et al., | : |
| Respondents. | : |

## ORDER

AND NOW, this 13th day of June, 2012, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, and the Response thereto, and after review of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport, IT IS HEREBY ORDERED that:

1. the Report and Recommendation is APPROVED and ADOPTED;

2. the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE and without an evidentiary hearing; and

3. there is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
C. Darnell Jones, J.